No. 11–5290. FOSTER *v.* KELLY, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 11–5291. GAYNOR *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 11–5292. HARPER *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 11–5295. BOOK *v.* TOBIN ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–5296. ALI *v.* FISCHER, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–5297. BURNSIDE *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–5298. CALLIES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5299. O'CONNOR *v.* BORGNER ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–5300. DOBRIC *v.* BARON. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 11–5301. HUEBER *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 11–5303. TORRES-JUAREZ *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5304. STURDZA *v.* UNITED ARAB EMIRATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 11–5306. PENG THAO *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–5307. STURDZA *v.* UNITED ARAB EMIRATES ET AL. C. A. D. C. Cir. Certiorari denied.